IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE CLASSEN | : | CIVIL ACTION |
| v. | : | |
| MICHAEL NUTTER, et al. | : | NO. 15-4078 |

ORDER

AND NOW, this 28th day of April, 2017 for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of defendant Aramark Corporation to dismiss the amended complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 34) is GRANTED in part, as follows:

    (A) Count One of the amended complaint insofar as it names defendant Aramark Corporation is DISMISSED under Rule 12(b)(6) of the Federal Rules of Civil Procedure;

    (B) Count Two of the amended complaint insofar as it names defendant Aramark Corporation is DISMISSED by agreement;

    (C) Count Three of the amended complaint insofar as it names defendant Aramark Corporation is DISMISSED by agreement;

(D) Count Four of the amended complaint insofar as it names defendant Aramark Corporation is DISMISSED by agreement;

(E) Count Five of the amended complaint insofar as it names defendant Aramark Corporation is DISMISSED by agreement; and

(2) the motion of defendant Aramark Corporation to dismiss Count Six of the amended complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.