IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE CLASSEN | : | CIVIL ACTION |
| v. | : | |
| MICHAEL NUTTER, et al. | : | NO. 15-4078 |

ORDER

AND NOW, this 4th day of December, 2017 for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of defendants City of Philadelphia, Louis Giorla, Michael R. Resnick, Blanche Carney, and Karen Bryant for summary judgment on Counts One and Four (Doc. # 52) is GRANTED;

(2) the motion of defendant Corizon Health for summary judgment on Counts One, Two, Three, Four, and Six (Doc. # 51) is GRANTED;

(3) Count Five is DISMISSED as moot; and

(4) the motion of defendant Aramark Corporation (a/k/a Aramark Correctional Services, LLC) for summary judgment on Count Six (Doc. # 53) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.